In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00121-CR

                                                ______________________________

 

 

                                KWAME NKRUMAH PRICE,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                        On Appeal from the 76th Judicial District Court

                                                              Titus County, Texas

                                                         Trial Court
No. CR15,895

 

                                                        
                                          

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                      MEMORANDUM OPINION

 

            Kwame Nkrumah
Price appeals his conviction for possession of a controlled substance, namely marihuana,
in an amount more than four ounces, but less than five pounds—a state-jail
felony.  See Tex. Health & Safety
Code Ann. § 481.121(b)(3) (West 2010). 
In a related case, also decided today, Price has appealed his conviction
for possession of a controlled substance, namely cocaine, in an amount of more
than four grams, but less than 200 grams—a second-degree felony. See Price v. State, cause number
06-11-00120-CR.  Price has filed a single
brief, in which he raises a single issue common to both of his appeals.

            We addressed
this issue in detail in our opinion of this date on Price’s appeal in cause
number 06-11-00120-CR.  For the reasons
stated therein, we likewise conclude that error has not been shown in this
case.

            We affirm
the trial court’s judgment.

 

 

                                                                                    Bailey
C. Moseley

                                                                                    Justice

 

Date Submitted:          January
3, 2012

Date Decided:             January
12, 2012

 

Do Not Publish